# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Rahmann Vache Benefield**<br>DOB: 1983; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br><br>**24-04767MJ** |

Complaint for violation of Title 18, United States Code, §§ 922(g)(1) and 924(a)(8)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about June 13, 2024, at or near Tucson, in the District of Arizona, **Rahmann Vache Benefield**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess firearms, that is: one (1) Canik 9mm pistol and one (1) Springfield XD-9, 9mm pistol with a 15-round fully loaded magazine; said firearms having been shipped and transported in interstate commerce; all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On June 13, 2024, Tucson Police Department (TPD) officers patrolling the area of Grant Road and Dodge Blvd., Tucson, Arizona, saw an individual they recognized as **Rahmann Vache Benefield** walking southbound on Dodge Blvd. The officers recognized **Benefield** from a previous encounter and were aware that **Benefield** had a felony warrant outstanding. In a search incident to arrest, officers found a firearm tucked in **Benefield's** waistband which was a Canik 9mm pistol bearing serial number 23CT02338. Officers also searched **Benefield's** backpack which he was carrying and discovered a Springfield XD-9, 9mm pistol with a 15-round fully loaded magazine attached bearing serial number HM900376. Both firearms had been reported stolen.
.
In a post-*Miranda* statement, **Benefield** acknowledged he is a prohibited possessor.

A records check by law enforcement revealed **Benefield** has multiple prior felony convictions in Richmond Contra Costa County, California (Court Case Number 05,032560,5,001)) dated 2/19/2004 for Taking a Vehicle Without the Owner's Consent/Vehicle Theft, Possession of a Controlled Substance for Sale, Transport/ETC Controlled Substance, and Possession of Marijuana for Sale; and in Richmond Contra Costa County, California (Court Case Number 02,286347,0,001) dated 3/30/2005 for Theft/Petty Theft w/Prior Prison. All convictions are felony offenses punishable by imprisonment for a term exceeding one year.

An ATF firearms nexus expert examined the firearms found in **Benefield's** waistband and in his backpack and determined that they were not manufactured in Arizona, thereby traveling in, or affecting interstate and/or foreign commerce.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:  N/A

| DETENTION REQUESTED<br>    Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY AUSA *R. Arellano*  RAQUEL ARELLANO  Digitally signed by RAQUEL ARELLANO Date: 2024.06.21 10:26:31 -07'00' | SIGNATURE OF COMPLAINANT<br>*Carlos Aguilar*   06/21/24<br>OFFICIAL TITLE<br>TPD/ATF TFO Detective Carlos Aguilar |
|---|---|
| **Sworn by telephone  x** | |
| SIGNATURE OF MAGISTRATE JUDGE[1)]<br>*Eric J. Markovich* | DATE<br>June 21, 2024 |

[1)] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54.

CC: USM, AUSA, PTS